

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00056-CV

**MARC III GENERAL CONTRACTORS LLC**,
Appellant

v.

Denis **MEJIA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08438
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  July 2, 2014

MOTION TO SET ASIDE JUDGMENT GRANTED; APPEAL DISMISSED

The parties have filed an Agreed Motion to Set Aside Trial Court's Judgment Without Regard to the Merits. We grant the motion. The trial court's judgment dated October 30, 2013 is hereby vacated, this appeal is dismissed, and the cause remanded to the trial court for proceedings consistent with the parties' settlement agreement. *See* TEX. R. APP. P. 43.2(e).

PER CURIAM